UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE A. BRANCH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 16-cv-03811-JSC<br><br>**ORDER TO SHOW CAUSE** |

　　　　Plaintiff Clarence A. Branch, proceeding pro se, brings this action against the United States of America. The Court previously granted Plaintiff's application to proceed in forma pauperis and reserved to a later time evaluation of the Complaint under 28 U.S.C. § 1915. (Dkt. No. 3.) However, both the Court's Order granting in forma pauperis status and a copy of the form for consenting or declining to consent to the jurisdiction of a magistrate judge have since been returned to the Court as undeliverable. (Dkt. Nos. 6 & 7.) Plaintiff is required to keep the Court informed of his address. *See* Civil L.R. 3-11. The Court may dismiss an action without prejudice if mail is returned as undeliverable and the party does not provide a current address within 60 days. *See* Civil L.R. 3-11(b). Accordingly, **Plaintiff shall advise the Court of his current address by October 15, 2016 or this action will be dismissed without prejudice.**

　　　　The Clerk shall serve this Order on Plaintiff at his last known address of Clarence Branch, 101 Hyde Street, San Francisco, California 94102.

**IT IS SO ORDERED.**

Dated: August 25, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE A. BRANCH,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No.   16-cv-03811-JSC<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on August 26, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clarence A. Branch
101 Hyde Street
San Francisco, CA 94102


Dated: August 26, 2016

                                      Susan Y. Soong
                                      Clerk, United States District Court

                                      By:_____
                                      Ada Means, Deputy Clerk to the
                                      Honorable JACQUELINE SCOTT CORLEY